IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-cr-284 |
| WARITH DEEN MUHAMMAD, | |
| *Defendant*. | |

**OPPOSITION TO MOTION TO CONTINUE DISCOVERY DEADLINE**

The United States of America, by and through undersigned counsel, requests that this Court deny the defendant's motion to continue his deadline to produce documents responsive to Grand Jury Subpoena 24-2/2022R02398-033.

As this Court is aware, the above-referenced subpoena was served on the defendant in January 2025. On November 5, 2025, this Court found that the defendant had failed to comply with the Court's order to produce responsive documents and had failed to show any cause for that failure. This Court therefore held the defendant in contempt. The government did not seek a remedy at that time, stating in part that its interests were protected by the terms agreed to with the defendant in a bespoke discovery order, mutually agreed upon by the parties. In that order, despite the defendant's persistent failure to produce responsive documents over a ten-month period, the government generously agreed to an additional, two-week period in which the defendant could produce responsive documents. Further, under the terms of that agreed discovery order, any documents produced after that period would not be admissible at trial absent good cause shown for why they were not timely produced. The deadline for the production of records is today, and yet again at the eleventh hour, the defendant seeks to evade deadlines and obligations.

Respectfully, the defendant's attempt to once again replace his attorney does not provide any basis for continuing this agreed deadline. The defendant offers no reason why he cannot comply with his discovery deadline, either by having his still-appointed counsel make any necessary production or by producing any documents to the government on his own. Nor would such a continuance be in the interests of justice. The defendant has had 10.5 months to produce documents responsive to the subpoena. The government has already been prejudiced in its inability to gain timely access to documents to which it was legally entitled, and continuing the already generous deadline would only further prejudice the government and encourage further gamesmanship and delay.

The government respectfully requests that the defendant's motion be denied.

Respectfully Submitted,

Lindsey Halligan
United States Attorney

By:     /s/
Jack Morgan
Zoe Bedell
Assistant United States Attorneys