IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> WARITH DEEN MUHAMMAD, <br><br><br> *Defendant.* | Case No. 1:25-CR-284 (RDA) |

### UNITED STATES' MOTION FOR LEAVE TO FILE A DIGITAL EXHIBIT ON DISK

The United States of America, by and through its undersigned counsel, respectfully requests that the Court enter the accompanying proposed order permitting the government to file one digital exhibit on disk as evidentiary support for the United States' Motion to Revoke the Defendant's Bond (ECF 49.). The exhibit, Government's Exhibit 5, is an excerpt of the audio recording of the defendant's detention hearing held before the Honorable William B. Porter on October 17, 2025, in which the parties and the court discussed the conditions of the defendant's release. Presently, the Government does not have a transcript of that hearing, necessitating the use of the audio file. The United States respectfully submits that the audio recording provides important information to the Court that is relevant to the 18 U.S.C. §3142(g) factors to be considered when determining if revocation of the defendant's bond is appropriate.

Respectfully submitted,

_____/s_____
Jack Morgan
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3779

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2025, I filed the foregoing document with the Clerk of Court. I further certify that I will forward an electronic copy of the foregoing document to defendant's counsel of record in this case and to the United States Probation Office.

        /s/
Jack Morgan
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3779
Email: Jack.Morgan@usdoj.gov