IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WARITH DEEN MUHAMMAD,<br><br>*Defendant*. | Case No. 1:25-CR-284 (RDA) |

### United States' Response to Counsel's Motion to Withdraw

The United States of America, by and through undersigned counsel, submits this response to Defense Counsel Greg Hunter's February 27, 2026, motion to withdraw. The Fourth Circuit has identified three factors that must be weighed when assessing a motion to withdraw: (1) the timeliness of the motion; (2) the adequacy of the court's inquiry into the defendant's complaint; (3) and whether the attorney/client conflict was so great that it resulted in a total lack of communication preventing an adequate defense. *See United States v. Perez*, 661 F.3d 189, 191 (4th Cir. 2011) (setting forth the relevant factors in a pre-sentencing context). While the Government believes that the instant motion is likely timely, the Government does not have sufficient information with regard to the last two factors to take a position as to whether withdrawal is appropriate.

This is particularly true as only two weeks prior to Mr. Hunter's attempt to withdraw, Ms. Collins also sought to withdraw. ECF No. 114. Collin's Motion to Withdraw. The basis for her request is presently unknown. But in light of the defendant's repeated pattern of terminating his counsel, which has been previously and extensively documented by the Court, and Ms. Collin's request immediately preceding Mr. Hunter's, the Government believes that a factual inquiry is

necessary before the motion can be fully and properly considered and before the Government can set forth its position.

For these reasons, the Government respectfully defers its response until next week's hearing, which is presently scheduled for March 25, 2026.

Respectfully submitted,

By: _____/s/_____

Jack Morgan
Assistant United States Attorneys
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3779
Email: Jack.Morgan@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

<div style="margin-left: auto; width: 45%;">

       /s/
_____

Jack Morgan
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3779
Email: Jack.Morgan@usdoj.gov

</div>